**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: HARMS, LARRY | § Case No. 10-12437-BWB |
|       HARMS, LUPE | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S DEARBORN STREET
    7TH FLOOR
    CHICAGO, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 01/21/2011 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    Date Mailed:  <u>12/21/2010</u>    By:  <u>/s/THOMAS B. SULLIVAN, TRUSTEE</u>
                                                                                         Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: HARMS, LARRY § | Case No. 10-12437-BWB |
| HARMS, LUPE § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 19,873.16 |
| *and approved disbursements of* | $ 7,100.00 |
| *leaving a balance on hand of* [1] | $ 12,773.16 |
| **Balance on hand:** | $ 12,773.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 12,773.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,027.29 | 0.00 | 2,027.29 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,027.29 |
| Remaining balance: | $ 10,745.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 10,745.87 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 10,745.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 84,909.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent/assignee for HSN | 3,129.24 | 0.00 | 396.02 |
| 2 | Chase Bank USA, N.A. | 2,055.67 | 0.00 | 260.15 |
| 3 | Chase Bank USA, N.A. | 2,507.73 | 0.00 | 317.36 |
| 4 | Chase Bank USA, N.A. | 5,230.81 | 0.00 | 661.98 |
| 5 | Chase Bank USA, N.A. | 11,398.23 | 0.00 | 1,442.49 |
| 6 | Chase Bank USA, N.A. | 18,789.37 | 0.00 | 2,377.86 |
| 7 | Chase Bank USA, N.A. | 11,410.95 | 0.00 | 1,444.10 |
| 8 | Discover Bank | 729.95 | 0.00 | 92.38 |
| 9 | Discover Bank | 7,984.14 | 0.00 | 1,010.42 |
| 10 | Fia Card Services, NA/Bank of America by American Infosource | 20,902.91 | 0.00 | 2,645.34 |
| 11 | Fia Card Services, NA/Bank of America by American Infosource | 770.20 | 0.00 | 97.47 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 10,745.57 |
| Remaining balance: | $ | 0.30 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.30

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.30

Prepared By:   /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: wepps                  Page 1 of 1            Date Rcvd: Dec 22, 2010
Case: 10-12437                 Form ID: pdf006              Total Noticed: 20

The following entities were noticed by first class mail on Dec 24, 2010.
db/jdb        +Larry A Harms,    Lupe Harms,    1236 Tower Dr.,   Ottawa, IL 61350-9144
aty           +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
aty           +Stephen J West,    Law Offices Of Stephen J West,    628 Columbus Dr Rm 102,
                Ottawa, IL 61350-2933
tr            +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
15297405      +AT&T Universal Card,    Processing Center,    Des Moines, IA 50363-0001
15297406      +Bank of America,    PO Box 15019,    Wilmington, DE 19850-5019
15297408       Capital One Bank (USA), N.A.,    PO Box 6492,    Carol Stream, IL 60197-6492
15297409       Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
15655573       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15297415       Citi,   Box 6000,    The Lakes, NV 89163-6000
15297418      +Lexus,    PO Box 8026,    Cedar Rapids, IA 52408-8026
15297421       Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
15297423       WFCB/HSN,    PO Box 659707,    San Antonio, TX 78265-9707
15297422       Wells Fargo Bank N.A.,    PO Box 54180,    Los Angeles, CA 90054-0180

The following entities were noticed by electronic transmission on Dec 22, 2010.
15600246       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 23 2010 03:10:15
                American Infosource Lp As Agent for,    World Financial Capital Bank Assignee/,    Hsn,
                PO Box 248872,    Oklahoma City, OK  73124-8872
15297417       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 23 2010 03:11:12     Discover Gold Card,
                PO Box 30943,    Salt Lake City, UT 84130
15297416       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 23 2010 03:11:12     Discover,   PO Box 6103,
                Carol Stream, IL 60197-6103
15824596       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 23 2010 03:11:12     Discover Bank,
                Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
15955812       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 23 2010 03:10:27
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK  73124-8809
15297420      +E-mail/Text: PDEVERMANN@OTTAWASAVINGS.COM                          Ottawa Savings Bank,
                925 LaSalle St.,    Ottawa, IL 61350-2004
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15297407*     +Bank of America,    PO Box 15019,    Wilmington, DE 19850-5019
15297410*      Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
15297411*      Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
15297412*      Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
15297413*      Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
15297414*      Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
15297419*     +Lexus,    PO Box 8026,    Cedar Rapids, IA 52408-8026
                                                                                           TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 24, 2010**                             **Signature:** _/s/ Joseph Speetjens_